[No. 24350–1–I. Division One. May 13, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARDO
EDER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–1–06427–6, Robert E. Dixon, J., entered

June 5, 1989. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Kennedy and Agid, JJ.